OLLIE DEATON v. THE STATE.

No. 19859.   Delivered December 14, 1938.

The opinion states the case.

*W. E. Davenport,* of San Angelo, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for possessing whisky at a place where only beer could legally be sold under a "beer permit," punishment being a fine of $100.00.

The statute under which this prosecution proceeded was held inoperative because of repugnant penalties for the same offense in No. 19804, M. M. Moran v. State, opinion this date. [Page 645 of this volume.]

The same reasons here make it imperative to reverse the judgment and order the dismissal of the present prosecution.